

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>Kelli Jean LEIGHTON,<br><br>Defendant. | Case No.: **20MJ2368**<br><br>COMPLAINT FOR VIOLATION OF<br><br>Title 21 U.S.C. § 952 and 960<br>Importation of a Controlled Substance<br>(Felony) |

The undersigned complainant being duly sworn states:

### COUNT 1

On or about June 17, 2020, within the Southern District of California, Defendant, Kelli Jean LEIGHTON, did knowingly and intentionally import 50 grams and more, to wit: approximately 107.7 grams (.24 pounds), of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II Controlled Substance, into the United States from a place outside thereof, in violation of Title 21, United States Code, Sections 952 and 960.

Continued on Page 2.

## COUNT 2

On or about June 17, 2020, within the Southern District of California, Defendant, Kelli Jean LEIGHTON, did knowingly and intentionally import 10 grams and more, to wit: approximately 16.8 grams (0.037 pounds), of a mixture or substance containing a detectable amount of heroin a Schedule I Controlled Substance, into the United States from a place outside thereof; in violation of Title 21, United States Code, Sections 952 and 960.

The complainant states that this complaint is based on the attached Statement of Facts incorporated herein by reference.

_____
SIGNATURE OF COMPLAINANT
Steven S. Serrano, CBP Enforcement Officer
U.S. Customs and Border Protection

Sworn and attested to under oath by telephone, in accordance with Federal Rule of Criminal Procedure 4.1 on June 18, 2020.

_____
HON ANDREW G. SCHOPLER
U.S. MAGISTRATE JUDGE

## PROBABLE CAUSE STATEMENT

On June 17, 2020, at approximately 10:00 P.M., Kelli Jean LEIGHTON (Defendant), a citizen of the United States, applied for admission into the United States from Mexico through the San Ysidro, California, Port of Entry (POE) Pedestrian East lanes. Upon inspection by a United States Customs and Border Protection (CBP) Officer, Defendant stated she was on her way to San Diego, California and gave two negative customs declarations. Defendant did not have any documents for admission and the CBP Officer referred Defendant to secondary for further inspection. While a Canine Enforcement Officer (CEO) was conducting post-primary operations utilizing his Human/Narcotics Detection Dog (HNDD) the HNDD alerted to the Defendant. CBP Officers escorted Defendant to the security office for inspection.

Inside the security office, CBP Officers conducted an inspection of the Defendant and discovered a yellow tubular shaped package and a small plastic bag within her bra containing unknown substances. The packages were turned over to a CBP Officer for inspection who then probed the packages.

The yellow package contained a white crystal like substance, which field tested positive for the properties of methamphetamine. The weight of the yellow package was approximately 107.7 grams (0.24 pounds). The small plastic bag

1

contained a powdery substance, which field tested for the properties of heroin. The weight of the small bag was approximately 16.8 grams (0.037 pounds).

On June 18, 2020 at approximately 3:45 A.M, Defendant was advised of her Miranda rights. Defendant agreed to waive her right to counsel and gave the following statement. Defendant admitted she was smuggling drugs into the United States. Defendant stated she was to be paid $100.00 USD for transporting the narcotics across the border. Defendant stated she was to give the narcotics to two known males in San Ysidro.